No. 02–8804. BARRAZA-CARRILLO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–8806. ANDERSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–8808. RAINEY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–8811. MILLIKEN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–8812. SMITH v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–8813. CHERRY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–8815. ESTRADA-ZEA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–8816. DORSEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–8821. MARQUEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–8826. RUIZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–8827. STEARNS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–8829. ARAUJO-SORIANO v. UNITED STATES; MUNOZ-GARCIA v. UNITED STATES; and ZAPATA-ANDRADE v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 54 Fed. Appx. 409.